IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>vs.<br><br>Jasen Alexander Rubio,<br><br>    Defendant. | MJ 24-06402-TUC-BGM<br><br>**ORDER** |

Upon the Stipulation and Joint Motion for Release of Material Witnesses Without Taking Video Deposition, and for good cause shown;

**IT IS ORDERED** that the Stipulation [Doc. 13] is GRANTED and the United States Marshal Service is to release the material witness Marcos Adonai Santiago-Reyes to the Department of Homeland Security for return to his country of origin.

**IT IS FURTHER ORDERED** that the Video Deposition scheduled on August 19, 2024 at 8:30 a.m. is VACATED.

/ / /

/ / /

**IT IS FURTHER ORDERED** the Status Conference set on August 15, 2024 before Magistrate Judge Bruce G. Macdonald is VACATED.

Dated this 14th day of August 2024

Honorable Bruce G. Macdonald
United States Magistrate Judge

US Marshal Service